NOT RECOMMENDED FOR FULL-TEXT PUBLICATION
File Name: 08a0264n.06
Filed: May 15, 2008

No. 07-5902

## UNITED STATES COURT OF APPEALS
## FOR THE SIXTH CIRCUIT

| | | |
|---|---|---|
| **ROBERT E. SANCHEZ**, | ) | |
| | ) | ON APPEAL FROM THE |
| *Plaintiff-Appellee*, | ) | UNITED STATES DISTRICT |
| | ) | COURT FOR THE MIDDLE |
| v. | ) | DISTRICT OF TENNESSEE |
| | ) | |
| **CITY OF FRANKLIN, TN;** | ) | **O P I N I O N** |
| **JAMES G. JOHNSON,** | ) | |
| **individually and in his official capacity** | ) | |
| | | |
| *Defendants-Appellant*s. | | |

BEFORE:    COLE and GRIFFIN, Circuit Judges; and FORESTER, District Judge.[*]

**PER CURIAM.**    Plaintiff-Appellant Robert E. Sanchez appeals a district court's order

granting summary judgment to Defendant-Appellee City of Franklin, Tennessee ("City), on his

retaliatory-discharge claim brought under the Tennessee Public Protection Act, Tenn. Code Ann. §

50-1-304, ("TPPA").  The district court concluded that Sanchez failed to provide evidence from

which a reasonable juror could conclude that he was discharged from his position.  Because

discharge, as opposed to resignation, is one of the necessary elements in order to prevail on a

---

[*]The Honorable Karl S. Forester, United States District Judge for the Eastern District of Kentucky, sitting by designation.

retaliatory-discharge claim under the TPPA, *see Wooley v. Madison County*, 209 F. Supp. 2d 836, 844 (W.D. Tenn. 2002), the district court granted the City's motion for summary judgment.

Applying a de novo standard of review, as we must, *Williams v. Mehra*, 186 F.3d 685, 689 (6th Cir. 1999) (en banc), we conclude that the district court's well-reasoned opinion supports the grant of summary judgment to the City, and that the issuance of a detailed written opinion by this Court would be reiterative. We therefore affirm the judgment issued by the Honorable Aleta A. Trauger on June 28, 2007 on the basis of the reasoning set forth therein.